JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERIC NJOKOM, | ) | NO. CV 20-9287-CAS (KS) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| EL CAMINO COMMUNITY COLLEGE DISTRICT, | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: January 14, 2021

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE